UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
Michael J Orta and  
Autumn A. Anderson  
Debtors.  
_____/

Chapter 13 No. 13-46804

Hon. Marci B. McIvor

## OBJECTIONS TO CONFIRMATION

NOW COMES Flagstar Bank, FSB, by and through their attorneys, Trott & Trott, P.C., and hereby Objects to Confirmation as follows:

1. That Creditor is a holder of a mortgage on real property owned by the debtor(s) and located at 527 Emerald Glen Dr, Manchester, MI 48158-8777;

2. That the mortgage is in material default pursuant to the Proof of Claim filed by Creditor;

3. That the Debtor's Plan of Reorganization proposes to pay Creditor a regular monthly payment of $1,211.00 and a pre-petition arrearage of $16,000.00 at the rate of $266.67 per month with 0% interest over 60 months;

4. That according to Creditor's records, Creditor must receive the regular monthly payment of $1,206.21 plus a pre-petition arrearage of approximately $20,369.45 at the rate of at least $565.82 per month in order for the arrearage to be cured within a reasonable length of time, i.e., 36 months;

5. That the Debtor's proposed Plan of Reorganization understates the pre-petition arrearage and the monthly payment on the pre-petition arrearage;

6. That the Debtor's Plan of Reorganization proposes an unreasonable length of time to cure the pre-petition arrearage, i.e., 60 months;

7. That the debtor's proposed Plan of Reorganization is underfunded;

8. That the Plan fails to provide that 100% of all future tax refunds received by the debtor during the pendency of the Plan be remitted to the Trustee for distribution among

TROTT & TROTT, P.C.  
31440 NORTHWESTERN HWY  
STE 200  
FARMINGTON HILLS, MI 48334-5422  
PHONE 248.642.2515  
FACSIMILE 248.642.3628

creditors in contravention of 1 U.S.C. § 1325(b)(1)(B) and *In re Freeman*, 86 F.3d 478 (6th Cir., 1996).

WHEREFORE, Creditor prays that Confirmation be denied.

Respectfully Submitted,
Trott & Trott, P.C.

Dated: May 10, 2013

/S/ Melissa Byrd (P66314 )
Attorney for Flagstar Bank, FSB
31440 Northwestern Hwy Ste 200
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

T&T #389783B05

TROTT & TROTT, P.C.
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628