UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

Michael J Orta,
Autumn A Anderson,
DEBTORS.
_____/

CHAPTER 13
CASE NO. 13-46804-MBM
JUDGE MARCI B. MCIVOR

## ORDER ADJOURNING HEARING

This matter having come on for hearing on July 11, 2013, regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☐ the First Meeting of Creditors
☐ a motion to dismiss case
☐ a motion to lift stay as creditor
☐ Other:

☒ confirmation of plan

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS HEREBY ORDERED that:**
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒ The above referenced matter is adjourned to August 15, 2013 at 11:00 a.m. o'clock
☒ Debtor(s) shall be 100% current in Plan payments, pursuant to the Trustee's records from hearing to hearing or case shall be dismissed at status conference.
☒ Debtor(s) shall file and serve Amended Plan, Schedule B, E, I and Matrix on or before August 1, 2013.
☐ Debtor(s) shall attend the adjourned First Meeting of Creditors
☒ Debtor(s) shall provide proof of husband's income to the Trustee on or before August 1, 2013.
☐ Other:

IT IS FURTHER ORDERED if any of the foregoing is not completed by the date specified, the case may be dismissed without further notice or hearing, upon the filing by the Trustee of an Affidavit of Non-compliance.

**Signed on July 17, 2013**

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge