UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Michael J Orta,
Autumn A Anderson,

               DEBTORS.
_____/

CHAPTER 13
CASE NO. 13-46804-MBM
JUDGE MARCI B. MCIVOR

## ORDER DISMISSING CHAPTER 13 CASE

This matter having come on for hearing before the Court with due notice having been provided, the Court finds it appropriate to enter this Order based upon one of the following paragraphs so indicated:

☒ For failure to comply with the terms and conditions set forth in the Order Adjourning Hearing entered on or about  7/17/2013  .

**IT IS HEREBY ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U.S.C. Sections 362 and 1301 are hereby terminated;

**IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the debtor's attorney, if any;

**IT IS FURTHER ORDERED** that David Wm. Ruskin is discharged as Trustee and the Trustee and his surety are released from any and all liability on account of the within proceedings;

**IT IS FURTHER ORDERED** that in the event that the Chapter 13 Plan has not been confirmed, the Trustee shall be allowed an administrative expense in the amount of $100.00 to be paid after payment of fees to the Clerk of the Court to defray the Trustee's costs and expenses of administering the case to date.

**IT IS FURTHER ORDERED** that the debtor's attorney shall be awarded **fees by application** as compensation. The Trustee shall pay this sum, less any amount paid previously, after payment of the Clerk's and Trustee's fees, to the extent funds are available.

/s/ David Wm. Ruskin
DAVID WM. RUSKIN (P26803)
Attorney and Chapter 13 Standing Trustee

/s/ Andrijana D. Vujic (P69082)
SWEENEY LAW OFFICES PLLC
Attorney for Debtor

**Signed on August 21, 2013**

                                   /s/ Marci B. McIvor
                                  Marci B. McIvor
                                  United States Bankruptcy Judge