UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Michael J. Orta & Autumn A. Anderson        Case No. 13-46804
                                                   Chapter 13
                                                   Hon. McIvor

        Debtor(s),

FIRST APPLICATION FOR APPROVAL OF PAYMENT OF
PRE-CONFIRMATION ATTORNEY FEES THROUGH CHAPTER 13 PLAN
PURSUANT TO RULE 2016-1 FOR THE PERIOD 4.2.2013 TO 8.29.2013

   NOW COMES SWEENEY LAW OFFICES, P.L.L.C., attorney for Debtor(s) herein, and respectfully says as follows:

   1. That, Debtor moves for the payment of Pre-confirmation attorney fees through the Debtor's Chapter 13 Plan in the amount of **$4,745.00** and costs for a total compensation in the amount of **$4,745.00**, Debtor's counsel having previously received a total of $00.00 and there is no retainer on deposit with the applicant.

   2. That this application is for the period of 4.2.2013 to 8.29.2013.

   3. That Chapter 13 proceedings were commenced on behalf of the Debtor by the undersigned counsel and counsel for the Debtor carefully, and prudently reviewed said case to ensure the Debtor could successfully make payments under the Chapter 13 bankruptcy. Despite this work undertaken on behalf of the Debtor, the case was dismissed. The fees in this application exceeded $3,500.00 for the following unique circumstances: (a) Drafted a Motion to Extend the Automatic Stay, Affidavit in support of same and traveled to and attended hearing on Motion to Extend the Automatic Stay (b) Drafted Cover Sheet for Amendments, Amended Schedules B, E, I, & J, and Amended Chaopter 13 Plan, and extensive telephone conference with Debtor pertaining to same (c) Traveled to and attended adjourned confirmation hearing (d) Receipt & review of twenty-two unique Proofs of Claim.

   4. That there was neither an adversary or appeals proceeding in this matter.

   **5.** That the current status of the bankruptcy case is that it has been dismissed.

   6. Debtor counsel intends to commit no further services for the Debtor.

   7. That there are no unpaid administrative expenses at this time.

   8. That no compensation is being requested for the services of more than one professional.

   9. That $00.00 has been awarded in all prior applications as of this date.

   10. The party on whose behalf the applicant is employed has been given the opportunity to review the application at least 7 days prior to the filing of this document and has neither approved nor objected to the requested amount.

   WHEREFORE, the undersigned counsel for Debtor moves for the payment of Pre-confirmation attorney fees through the Debtor's Chapter 13 Plan in the amount of

**$4,745.00** and costs for the period of 4.2.2013 to 8.29.2013, for a total compensation in the amount of **$4,745.00**, Debtor's counsel having previously received a total of $00.00.

8.29.2013                                              SWEENEY LAW OFFICES, P.C.

/s/   Jesse R. Sweeney  
Jesse R. Sweeney (P60941)  
Andrijana D. Vujic (P69082)  
Kellie Arman Schone (P63929)  
Sweeney Law Offices, P.L.L.C.  
Attorney for Debtor(s)  
30555 Southfield Rd., Ste. 400  
Southfield, MI 48076  
(586) 909-8017  
sweeneylaw2005@yahoo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Michael J. Orta & Autumn A. Anderson   Case No. 13-46804
                            Chapter 13
                            Hon. McIvor

   Debtor(s),

## FIRST ORDER APPROVING FEE APPLICATION

  Upon the reading and filing of Attorney for Debtor, SWEENEY LAW OFFICES, P.L.L.C. Application for Approval of payment of Pre-Confirmation Attorney Fees, which was presented to this Court pursuant to L.B.R. 9014-1, and no objections having been filed to the said Petition, and a Certificate of No Response having been filed with this Court;

  IT IS HEREBY ORDERED:

1.  PRIOR AWARD FOR FEES:                 $ 00.00
   PRIOR AWARD FOR COSTS                $ 00.00
   TOTAL AWARD TO DATE                  $ 00.00

   THIS AWARD FOR FEES:                  **$ 4,745.00**
   THIS AWARD FOR COSTS                  $ 00.00
   TOTAL THIS AWARD:                    $4,745.00

   <u>GRAND TOTAL FEES AND COSTS:</u>              **$4,745.00**

   LESS AMOUNT PAID DIRECTLY BY DEBTOR       $ 00.00

   LESS AMOUNT PREVIOUSLY PAID BY TRUSTEE
   FROM CH. 13 PLAN                      $ 00.00

   CURRENT BALANCE TO BE PAID BY TRUSTEE      $4,745.00

  2. This award covers services rendered and expenses incurred from 4.2.2013 to 8.29.2013.

                                    U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Michael J. Orta & Autumn A. Anderson           Case No. 13-46804
                                                     Chapter 13
                                                     Hon. McIvor

       Debtor(s),

NOTICE REGARDING EXHIBIT 2 PURSUANT TO LBR 2016-1(a)12

Sweeney Law Offices, P.L.L.C., counsel for the Debtor(s) hereby states as follows:

1. Wherefore LBR 2016-1 mandates that Exhibit 2 provide a copy of the Order Approving Employment;

2. Wherefore FRBP 2014 mandates that Orders Approving Employment apply to Debtors pursuant to sections 327, 1103, or 1114 of the US Bankruptcy Code;

3. Wherefore the filing of a voluntary petition and 2016(b) form are adequate to employ attorneys in Chapter 13 cases,

4. the provision in LBR 2016-1(a)12 is inapplicable to the current application for fees unless otherwise ordered by the Court.

**United States Bankruptcy Court**
Eastern District of Michigan

In re: Michael J. Orta, Autumn A. Anderson, Debtor(s)

Case No.
Chapter 13

## STATEMENT OF ATTORNEY FOR DEBTOR(S)
## PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    [X] **FLAT FEE**
    - A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid .................................................. 3,000.00
    - B. Prior to filing this statement, received ................................................ 0.00
    - C. The unpaid balance due and payable is ................................................ 3,000.00

    [ ] **RETAINER**
    - A. Amount of retainer received ..........................................................
    - B. The undersigned shall bill against the retainer at an hourly rate of $____. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ 281.00 of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]
    - A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    - B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    - C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    - D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    - E. ~~Reaffirmations;~~
    - F. ~~Redemptions;~~
    - G. ~~Other:~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    A. In a Chapter 7, representation of the debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adverary proceeding.

    B. In a Chapter 7 or 13, Representation of the debtor(s) at section 2004 Examinations, which will incur an hourly rate.

    C. Any work performed in a Chapter 13 in which the attorney opts, at his discretion, to bill at an hourly rate, said case was dismissed pre-confirmation or any work performed post-confirmation. Attorney fee shall be $250.00 per hour for ALL OTHER POST CONFIRMATION WORK and any PRE-CONFIRMATION work should said case be dismissed. Attorney fee shall be $250 per hour for any PRE-CONFIRMATION work undertaken by Jesse Sweeney at his discretion to bill in an hourly rather than flat fee fashion, and $250 per hour for any work undertaken by of-counsel or attorneys working for Jesse R. Sweeney.

    D. Debtor agrees to reimburse attorney for all costs including postage, copying and filing fees.

    E. Debtor agrees to cooperate with request of Trustee for production of documents and has been advised that failure to comply with Trustee requests may result in the dismissal of the Chapter 13 case.

    F. Attorney, at his sole discretion, may chose to bill this case on an hourly rate of $250.00 as opposed to the flat rate. In the event that this does occur, counsel for Debtor will submit an Application for Fees detailing the time spent and work expended and serve the same upon the Debtor, Trustee and any interested parties.

    G. For all time spent in the case by any special counsel for special appearances will be at $250 per hour or the actual cost of the attorney hired, whichever Attorney decides.

    H. For all phone calls or any work performed, Attorney will bill a minimum of .1 hrs regardless of the actual time. For each additional 6 minute increment of time spent, .1 will be added to the time for billing.

6.  The source of payments to the undersigned was from:
  A.  __XX__   Debtor(s)' earnings, wages, compensation for services performed
  B.  _____   Other (describe, including the identity of payor) _____

7.  The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:  April 2, 2013              /s/ Jesse R. Sweeney
                       Attorney for the Debtor(s)
                       Jesse R. Sweeney P60941
                       Sweeney Law Offices, P.L.L.C.
                       30555 Southfield Road
                       Suite 400
                       Southfield, MI 48076
                       586.909.8017 Sweeneylaw2005@yahoo.com

Agreed:  /s/ Michael J. Orta            /s/ Autumn A. Anderson
     Michael J. Orta              Autumn A. Anderson
     Debtor                   Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Michael J. Orta & Autumn A. Anderson     Case No. 13-46804
                                                                           Chapter 13
                                                                           Hon. McIvor

         Debtor(s),

SUPPLEMENTAL STATEMENT OF FIRST APPLICATION FOR APPROVAL OF PAYMENT OF PRE-CONFIRMATION ATTORNEY FEES THROUGH CHAPTER 13 PLAN <u>PURSUANT TO RULE 2016-1 FOR THE PERIOD 4.2.2013 TO 8.29.2013</u>

      NOW COMES SWEENEY LAW OFFICES P.L.L.C., attorney for Debtor(s) herein, and respectfully says as follows:

      1. That Sweeney Law Offices, P.L.L.C. performed services as defined by the following breakdown:

| NAME OF ATTORNEY | HOURLY RATE | TOTAL HOURS SPENT | AMOUNT SOUGHT |
|---|---|---|---|
| Jesse R. Sweeney | $250.00 | 12.1 | $3,025.00 |

| NAME OF ATTORNEY | HOURLY RATE | TOTAL HOURS SPENT | AMOUNT SOUGHT |
|---|---|---|---|
| Andrijana D. Vujic | $215.00 | 8.0 | $1,720.00 |

| ALL ATTORNEYS | COMBINED HOURLY RATE | TOTAL ATTORNEY HOURS SPENT | TOTAL AMOUNT SOUGHT |
|---|---|---|---|
| JRS/ADV/KAS | $236.07 | 20.1 | $4,745.00 |

                                               Respectfully submitted,

8.29.2013                                  SWEENEY LAW OFFICES, P.C.

                                               <u>/s/ Jesse R. Sweeney</u>
                                               Jesse R. Sweeney (P60941)
                                               Andrijana D. Vujic (P69082)
                                               Kellie Arman Schone (P63929)
                                               Sweeney Law Offices, P.L.L.C.
                                               Attorney for Debtor(s)
                                               30555 Southfield Rd., Ste. 400
                                               Southfield, MI 48076
                                               (586) 909-8017
                                               sweeneylaw2005@yahoo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Michael J. Orta & Autumn A. Anderson     Case No. 13-46804
                                                                                  Chapter 13
                                                                                  Hon. McIvor

               Debtor(s),


FIRST STATEMENT FOR LEGAL SERVICES RENDERED
BY SWEENEY LAW OFFICES, P.L.L.C., ATTORNEY FOR DEBTOR(S)

LEGAL SERVICES PERFORMED BY JESSE R. SWEENEY:

| DATE | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|
| 4-2-2013 | Met with client to discuss filing Chapter 13 bankruptcy. Preparation of petition, plan, schedules. Signed documents with client, explained process, provided legal counsel. Conducted due diligences requirements post-interview/document preparation. | 3.3 |
| 4-3-2013 | Email exchange with client regarding credit counseling. | .1 |
| 4-6-2013 | Letter to client, re: 341 meeting and confirmation, legal advice. | .4 |
| 4-7-2013 | Drafted Motion to Extend Automatic Stay. | .8 |
| 4-17-2013 | Receipt, review Proof of Claim filed by Village of Manchester. | .2 |
| 4-20-2013 | Receipt, review Proof of Claim filed by Michigan Bell Telephone Company. | .2 |
| 4-23-2013 | Receipt, review Proof of Claim filed by AT&T. | .2 |
| 4-27-2013 | Receipt, review Proof of Claim filed by Chelsea Community Hospital. | .2 |
| 4-28-2013 | Drafted payment order. | .1 |
| 4-30-2013 | Receipt, review Payment Order for Employer Lowe's Home Centers, Attn: Payroll Dept., to Pay Trustee $758.39 Bi-Weekly. | .1 |
| 4-30-2013 | Receipt, review Proof of Claim filed by Top Flite Irrigation. | .2 |
| 5-3-2013 | Receipt, review Order Granting Motion To Extend The Automatic Stay. | .1 |
| 5-9-2013 | Receipt, review Proof of Claim filed by Sprint Nextel. | .2 |
| 5-10-2013 | Receipt, review Proof of Claim filed by University of Michigan Credit Union. | .2 |
| 5-11-2013 | Receipt, review Objection to Confirmation of Plan Filed by Creditor Flagstar Bank, FSB. | .2 |
| 5-19-2013 | Reviewed file in preparation of 341 Meeting of Creditors. | .1 |
| 5-22-2013 | Receipt, review Proof of Claim filed by Michigan Guaranty Agency. | .2 |

| Date | Description | Time |
|---|---|---|
| 5-22-2013 | Receipt, review Notice of Requirement to Complete Course in Financial Management. | .2 |
| 5-30-2013 | Receipt, review Proof of Claim filed by Flagstar Bank. | .2 |
| 6-1-2013 | Receipt, review Proof of Claim filed by Capital One Bank. | .2 |
| 6-12-2013 | Receipt, review Trustee's Objection to Claim(s). | .2 |
| 6-12-2013 | Receipt, review Proof of Claim filed by ECMC. | .2 |
| 6-18-2013 | Receipt, review & response to email from client regarding case questions including new job, Objections to confirmation, water bill, & mortgage fees. | .2 |
| 6-20-2013 | Drafted email to client regarding bill from City of Manchester. | .1 |
| 6-20-2013 | Drafted letter to debtors regarding Objection to Proof of Claim. | .3 |
| 7-2-20163 | Receipt, review Proof of Claims filed by Capital One Bank. | .2 |
| 7-5-2013 | Drafted letter to debtors regarding 2848 tax form. | .1 |
| 7-7-2013 | Email exchange with client and review of water bill. | .2 |
| 7-11-2013 | Receipt, review Notice of Withdrawal Filed by Trustee David Wm Ruskin regarding Objection to Claim. | .1 |
| 7-18-2013 | Receipt, review Proof of Claim filed by Portfolio Recovery Associates. | .2 |
| 7-19-2013 | Receipt, review Proof of Claim filed by Portfolio Recovery Associates. | .2 |
| 7-19-2013 | Receipt, review Stipulation to Modify Automatic Stay By and Between Michael J Orta and Autumn A Anderson and Flagstar Bank, FSB, by and through their attorneys Filed by Creditor Flagstar Bank, FSB. | .2 |
| 7-20-2013 | Receipt, review Order Modifying The Automatic Stay. | .1 |
| 7-24-2013 | Receipt, review Proof of Claims filed by Michigan Department of Treasury. | .2 |
| 8-1-2013 | Receipt, review Trustee's Objection to Confirmation of Chapter 13 Plan. | .2 |
| 8-2-2013 | Drafted Stipulation By and Between David Wm. Ruskin to Amend Payment Order for Employer Hometown Pharmacy, to Pay Trustee $$802.67 bi-weekly. | .2 |
| 8-3-2013 | Receipt, review Amended Payment Order for Employer Hometown Pharmacy, Attn: Payroll, to Pay Trustee $802.67 Bi-Weekly. | .1 |
| 8-10-2013 | Receipt, review Proof of Claim filed by Merrick Bank. | .2 |
| 8-12-2013 | Email exchange with client regarding payments, plan changes, & communication issues. | .4 |
| 8-13-2013 | Receipt, review Proof of Claim filed by Comcast. | .2 |

| Date | Description | Hours |
|---|---|---|
| 8-13-2013 | Receipt, review Proof of Claims filed by LVNV Funding LLC. | .2 |
| 8-15-2013 | Receipt, review Proof of Claim filed by JJ Marshall & Associates. | .2 |
| 8-29-2013 | Drafted application for fees. | .5 |

TOTAL ATTORNEY HOURS
12.1 x $250.00/hour = $3,025.00

LEGAL SERVICES PERFORMED BY ANDRIJANA D. VUJIC:

| DATE | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|
| 5-2-2013 | Travel to and Attended Hearing regarding Motion to Extend the Automatic Stay. | 1.5 |
| 5-20-2013 | Attended 341 Meeting of Creditors with client, discussion with client relating to First Meeting. | 1.5 |
| 5-30-2013 | Receipt, review Trustee's Objection to Confirmation of Chapter 13 Plan. | .2 |
| 7-7-2013 | Telephone Conference with Client regarding Case Status | .5 |
| 7-7-2013 | Drafted Review of file prior to confirmation hearing. Reviewed Trustee's records, checked payments, ran plan calculations Reviewed claims and outstanding objections. Drafted and emailed proposed Order Confirming Plan to Trustee. Prepared and drafted Debtors Chapter 13 Confirmation Statement for filing with the court. | .4 |
| 7-11-2013 | Travel to and Attended Confirmation Hearing | 1.5 |
| 7-16-2013 | Drafted Cover Sheet for Amendments to Schedules and or Statements filed Re: Schedule B, Schedule E, Schedule I, Schedule J. | .3 |
| 7-16-2013 | Drafted First Amended Chapter 13 Plan - Pre Confirmation. | .2 |
| 7-16-2013 | Drafted letter to debtors regarding amendments. | .1 |
| 8-11-2013 | Drafted Review of file prior to confirmation hearing. Reviewed Trustee's records, checked payments, ran plan calculations Reviewed claims and outstanding objections. Drafted and emailed proposed Order Confirming Plan to Trustee. Prepared and drafted Debtors Chapter 13 Confirmation Statement for filing with the court. | .6 |
| 8-15-2013 | Travel to and attended Confirmation Hearing | 1.2 |

TOTAL ATTORNEY HOURS
8.0 x $215.00/hour = $1,720.00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Michael J. Orta & Autumn A. Anderson         Case No. 13-46804
                                                    Chapter 13
                                                    Hon. McIvor

       Debtor(s),

BRIEF BIOGRAPHICAL STATEMENT OF THE PROFESSIONAL EXPERIENCE OF
<u>SWEENEY LAW OFFICES, P.L.L.C., ATTORNEY FOR DEBTOR(S)</u>

<u>Jesse Sweeney, JD, Partner:</u>
- Licensed, State Bar of Michigan, 2000 (active)
- Licensed, State Bar of Illinois, 2001 (inactive)
- Practicing in Eastern District of Michigan since September, 2001
- Employment: Trott and Trott, September 2001 to September 2002,
Brand & Goodman, PC, October 2002 to December 2004.
Principal, Sweeney Law Offices, January 2005 to present.
- Member, American Bankruptcy Institute, since 2007
- Licensed to practice in Eastern District of Michigan, since 2001
- Principal, handling all matters of business relating to Sweeney Law Offices, PLLC.
- Attended National Association of Consumer Bankruptcy Attorneys conference in Grapevine, TX, total number of hours attended unknown, but attended all hours provided for in the program.
- Author of Detroit Bankruptcy, a blog devoted to Chapter 13 practice and attorneys in the Eastern District of Michigan
- Attended the 20th Consumer Rights Litigation Conference in Chicago, IL (2011), total number of hours attended unknown, but attended all hours provided for in the program.
- Attended the 23rd Annual FBA Bankruptcy Conference in Boyne, MI (2011), total number of hours attended unknown, but attended all hours provided for in the program.
- Attended the National Association of Consumer Bankruptcy Attorneys conference in San Antonio, Texas 4.27.2012 to 4.29.2012, total number of hours attended unknown, but attended all hours provided for in the program.
- Attended National Association of Chapter 13 Trustee's 47th Annual Seminar in New Orleans, LA from 7.11.2012 - 7.14.2012, total number of hours attended unknown, but attended all hours provided for in the program.
- Attended national Association of Consumer Bankruptcy Attorneys conference in San Diego, CA from 4.25.2013 - 4.28.2013, total number of hours attended unknown but attended all hours provided for in the program.
- Attended FBA Western District Bankruptcy Conference, Traverse City, Michigan, 7.26.2013 and 7.27.2013

<u>Andrijana Vujic, (JD)</u>:
<u>Employment History:</u>
- From July, 2012 through present, Ms. Vujic is an associate with Sweeney Law Offices practicing specifically in the area of bankruptcy law.
- Associate attorney with the law firm of Reeds, Reeds, Hammerschmidt & Stickradt PC where she practiced Bankruptcy for debtors.
<u>Education:</u>
Ms. Vujic received a B.A. from Wayne State University and her JD from Wayne State University Law School. She was admitted to the State Bar of Michigan in 2004 and has been practicing bankruptcy law since 2006.
<u>Continuing Education:</u>
Consumer Bankruptcy in Detroit, May 7, 2007 – 8 hours
ABI – Detroit Consumer Program, November 12, 2007 – 8 hours
ABI – Central States Bankruptcy Workshop 2008 – 12 hours
ABI – Detroit Consumer Program. November 11, 2011 – 8 hours

Ms. Vujic presented at the CBA Basic Seminar for Confirmation of Chapter 13 Plans on September 11, 2009.

Kellie Arman Schone, JD, Associate:
Employment History:
- Mrs. Arman Schone has been employed with Sweeney Law Offices since November, 2012. Prior to her employment with Sweeney Law Offices, Mrs. Arman Schone ran a general practice handling primarily bankruptcy, consumer law, small business, Medicaid and traffic matters.
- From January, 2004 - May, 2011 Mrs. Arman Schone was the lead attorney for McKelvie & DeLuca's bankruptcy department representing individuals, businesses and institutional clients including national banks, auto finance companies & mortgage companies in bankruptcy and litigation proceedings. She handled cases involving payment defaults, dischargeability actions, automatic stay issues, preference actions, fraudulent conveyances, title issues and claims allowance. Handled consumer credit reporting matters involving the FACT Act & the FCRA and provided legal counsel with regard to same. Advised mortgage lending institutions regarding federal regulations & state laws pertaining to loan modifications.
- From July, 2002 - December 2003 Mrs. Arman Schone worked as an associate at Joseph L. Grima & Associates, P.C. focusing on representing debtors in Chapter 7 & Chapter 13 bankruptcies. Met with clients, attended hearings, status conferences and all motions before U.S. Bankruptcy Court, and completed post-confirmation work.
Education:
- Juris Doctor, 2001 from the University of Toledo College of Law.
- Bachelor of Arts from University of Dayton, Ohio.
- Admitted to practice law in the United States District Courts for Eastern & Western Districts of Michigan and Northern District of Ohio, Member of State Bar of Michigan, Federal Bar Association, American Bankruptcy Institute, National Association of Chapter 13 Trustees, Consumer Bankruptcy Association, Catholic Lawyers' Society, and Institute of Continuing Legal Education. Prior member of the Local Bankruptcy Rules Committee EDMI.
Continuing Education:
- ICLE Creditors' Rights 2012 (June, 2012)
- ICLE Consumer Law Essentials (October, 2011)
- Judges' Panel at the Peking House Dinner (9/22/2011)
- Attended national Association of Consumer Bankruptcy Attorneys conference in San Diego, CA from 4.25.2013 - 4.28.2013, total number of hours attended unknown but attended all hours provided for in the program.

Laura M. Hawley, JD, Associate:
Employment History:
- Ms. Hawley has been employed with Sweeney Law Offices since July, 2013. Prior to her employment with Sweeney Law Offices, Ms. Hawley was a Senior Attorney at Trott & Trott, P.C. Her practice focused primarily on Bankruptcy and Insolvency Law, Creditors' Rights and Litigation in Chapters 7, 11 and 13. She gained experience working on Compliance Issues and Requirements, Drafting Department of Justice Audit and Disclosure Procedures for the Firm in addition to drafting Motions, Responses, Briefs and other Court Required Legal Documents in Relation to Bankruptcy and Adversary Proceedings in Chapter 7, 11 and 13 Cases. During her time at Trott & Trott, Ms. Hawley attended Confirmation Hearings, Motion for Relief Hearings for Chapter 7, 11 and 13 Cases, Evidentiary Hearings and Adversary Proceeding Trials.
- Prior to Trott & Trott, P.C., Ms. Hawley spent 2 years representing debtors in the Eastern & Western District of Michigan along with the Northern District of Illinois. She handled all aspects of Chapter 7 & 13 bankruptcy law. She met with clients, attended court hearings and gained experience in both pre and post-confirmation work.

Education & Bar Admissions:
Juris Doctor, 2006 Michigan State University College of Law
Bachelor of Arts, 2003 University of North Florida
State of Illinois, November 2006 (Inactive)
State of Michigan, November 2007

Northern District of Illinois Federal Court, May 2007
Eastern District of Michigan Federal Court, December 2007
Western District of Michigan Federal Court, January 2008

<u>Continuing Education</u>
- ABI Consumer Bankruptcy Conference, November 2008, 8 hours
- ABI Consumer Bankruptcy Conference, November 2008, 8 hours
- Transparency at the SEC: A Response to the Current Financial Crisis, June 2010, 1.5 hour
- The Rule 26(f) Conference: Preparing for Discovery, June 2010, 1 hour
- Bankruptcy 2.0: After the Recession; June 2010, 1 hour
- The Value of Foreclosure Defense in Bankruptcy; June 2010, 1 hour
- Consumer Bankruptcy Association's Detroit Seminar, April 2011, 8 hours
- Presenter at CBA Peking House Dinner on Chapter 7 Trustees Selling Foreclosed Property During the Redemption Period; June 2011
- Consumer Bankruptcy Association Peking House Dinner; The New Model Plan; June 2013, 1 hour

In Re: Michael J. Orta & Autumn A. Anderson

Case No. 13-46804
Chapter 13
Hon. McIvor

Debtor(s),

FIRST STATEMENT FOR EXPENSES INCURRED
BY SWEENEY LAW OFFICES, P.L.L.C., ATTORNEY FOR DEBTOR(S)

There were no expenses incurred for which Sweeney Law Offices, PLLC intends to charge for in this matter.

/s/ Jesse R. Sweeney
Jesse R. Sweeney (P60941)
Andrijana D. Vujic (P69082)
Kellie Arman Schone (P63929)
Sweeney Law Offices, P.L.L.C.
Attorney for Debtor(s)
30555 Southfield Rd., Ste. 400
Southfield, MI 48076
(586) 909-8017
sweeneylaw2005@yahoo.com

Dated: 8.29.2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Michael J. Orta & Autumn A. Anderson    Case No. 13-46804
                                                Chapter 13
                                                Hon. McIvor
         Debtor(s),

NOTICE OF FIRST APPLICATION FOR APPROVAL OF
PRE-CONFIRMATION ATTORNEY FEES

SWEENEY LAW OFFICES, P.L.L.C., Attorney for Debtor(s), has filed papers with the Court to request payment of pre-confirmation attorney fees in the amount of $4,745.00 with $0.00 expenses requests and there is currently no retainer on deposit after the balance of any prior fee awards.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to award the requested attorney fee, or if you want the court to consider your views on the Application, within Twenty-one (21) Days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:    United States Bankruptcy Court
                                                211 W. Fort Street, Suite 2100
                                                Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:
SWEENEY LAW OFFICES, P.L.L.C.
Jesse R. Sweeney (P60941)
Kellie Arman Schone (P63929)
Andrijana D. Vujic (P69082)
Attorney for Debtor(s)
30555 Southfield Rd., Ste. 400
Southfield, MI 48076
(586) 909-8017
sweeneylaw2005@yahoo.com

David Wm Ruskin
26555 Evergreen Rd Ste 1100
Southfield, MI 48076-4251

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection, and may enter an order granting that relief.

DATED: 8.29.2013                                /s/ Jesse R. Sweeney
                                                Jesse R. Sweeney (P60941)
                                                Andrijana D. Vujic (P69082)
                                                Kellie Arman Schone (P63929)
                                                Sweeney Law Offices, P.L.L.C.
                                                Attorney for Debtor(s)
                                                30555 Southfield Rd., Ste. 400
                                                Southfield, MI 48076
                                                (586) 909-8017
                                                sweeneylaw2005@yahoo.com